[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11083

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

FELIX ABRAHAN CHERE MIELES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00311-SDM-SPF-2

_____

2                    Opinion of the Court                    24-11083

Before JILL PRYOR, BRASHER, and WILSON, Circuit Judges.

PER CURIAM:

Victor Martinez, appointed counsel for Felix Abrahan Chere Mieles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Chere Mieles's convictions and sentences are **AFFIRMED**.